# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 2110 CLUB MEADOWS,
Appellant,
vs.
JPMORGAN CHASE BANK, N.A.,
Respondent.

No. 75251

FILED

APR 30 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a district court order granting summary judgment in an action to quiet title. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge. Reviewing the summary judgment de novo, *Wood v. Safeway, Inc.*, 121 Nev. 724, 729, 121 P.3d 1026, 1029 (2005), we affirm.[1]

The HOA's agent recorded, mailed, and posted the Notice of Sale during the pendency of the former homeowners' bankruptcy case. Accordingly, the district court correctly determined that the ensuing foreclosure sale was void. *LN Mgmt. LLC Series 5105 Portraits Place v. Green Tree Loan Servicing, LLC*, 133 Nev. 394, 396-97, 399 P.3d 359, 360-61 (2017) (holding that foreclosure sales conducted in violation of the automatic bankruptcy stay are invalid unless the stay is retroactively annulled). Although appellant argues that respondent lacks standing to assert a violation of the automatic stay, we rejected that argument in *LN Management*, and we see no reason to revisit the issue. *Id.* at 395 n.1, 399 P.3d at 360 n.1. Additionally, although appellant argues that the district court prematurely entered summary judgment before appellant had

---

[1]Pursuant to NRAP 34(f)(1), we have determined that oral argument is not warranted in this appeal.

 
19-18822

exhausted all efforts to retroactively annul the automatic bankruptcy stay, we conclude that the district court was within its discretion to grant summary judgment when it did. *Cf. Dornbach v. Tenth Judicial Dist. Court,* 130 Nev. 305, 312, 324 P.3d 369, 373-74 (2014) (observing that a district court has "inherent" case-management authority). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Nancy L. Allf, District Judge
Law Offices of Michael F. Bohn, Ltd.
Smith Larsen & Wixom
Eighth District Court Clerk